5024, is hereby GRANTED, each side to bear its own costs for the cross appeal.

is due within 30 days of the date of filing this order.

**BARREN ISLAND MARINA** Plaintiff–Appellant,

v.

**UNITED STATES, Defendant–Appellee.**

No. 03–5003.

United States Court of Appeals, Federal Circuit.

DECIDED: Feb. 20, 2003.

ON MOTION

*ORDER*

Barren Island Marina moves without opposition for reconsideration of the court's order dismissing its appeal for failure of counsel to become a member of this court's bar and to file a brief.*

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for reconsideration is granted, the dismissal order is vacated, and the mandate is recalled. Barren Island's brief

---

* Counsel has since become a member of this

**James A. RILEY, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7339.

United States Court of Appeals, Federal Circuit.

DECIDED: Feb. 21, 2003.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.